## CERTIFICATE OF SERVICE

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:06:49 PM
KEITH E. HOTTLE
Clerk

The Undersigned hereby certifies that on the 28th day of September, 2015, the foregoing motion to withdraw was served on Appellant's attorney Hilda Gonzalez Garza to her facsimile: (956) 263-1871.

This motion to withdraw was also served on Appellant Lisa A. Watkins via certified mail and regular U.S. Mail to her last known address: 825 E. Ave. C, Kingsville, TX 78363.

Carmen Benavides Ramirez